STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.3812   AND FILED ON   5/15/2007

THE GUARDIAN NEWS, INC.,

Vs.

TOWN OF NEW CASTLE, NEW YORK, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )  
                  ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/22/2007 at 1:31PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: TOWN OF NEW CASTLE, NEW YORK     (herein called recipient) therein named.

At Location: 200 SOUTH GREELEY AVENUE

CHAPPAQUA NY

By delivering to and leaving with JILL SHAPIRO and that deponent knew the person so served to be the TOWN CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex FM | Color of Skin WH | Color of Hair BROWN |
| Age 45 | Height 5'4" | |
| Weight 120 | Other Features | |

Sworn to before me on 5/23/2007

_Gail Williams_ (signature)

_Gary Williams_ (signature)  
Server's License#:

GAIL WILLIAMS  
Notary Public, State of New York  
No. 4683052  
Qualified in Westchester County  
Commission Expires September 30, 2010

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.3812  AND FILED ON  5/15/2007

| | |
|---|---|
| THE GUARDIAN NEWS, INC., <br><br> Vs. <br><br> TOWN OF NEW CASTLE, NEW YORK, ET AL | Plaintiff(s)/Petitioner(s) <br><br> Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/22/2007 at 1:31PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: RICHARD POLCARI, CODE ENFORCEMENT OFFICER                      (herein called recipient)
At Location: 200 SOUTH GREELEY AVENUE                                         therein named.

CHAPPAQUA NY

By delivering to and leaving with JILL SHAPIRO, TOWN CLERK _____ a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 5/23/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'4" | Weight | 120 |
| Other Features | | | | | |

Sworn to before me on the 5/23/2007

_____                                 _____
GAIL WILLIAMS                                              Gary Williams
Notary Public, State of New York
Qualified in Westchester County                            Server's License#:
Commission Expires ...