UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE GUARDIAN NEWS,

                       Plaintiff,

   -against-

Town of new castle, New York, and RICHARD POLCARI, individually,

                       Defendants.
-------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 3812 (CLB)

     **PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       May 29, 2007

                                 MIRANDA   SOKOLOFF   SAMBURSKY
                                 SLONE VERVENIOTIS, LLP
                                 Attorneys for Defendants

                                 By: _____
                                   BRIAN S. SOKOLOFF (bss-7147)
                                240 Mineola Boulevard
                                The Esposito Building
                                Mineola, New York 11501
                                (516) 741-7676
                                Our File No. 07-382

TO: LOVETT & GOULD, LLP
     222 Bloomingdale Road
     White Plains, New York 10605fa

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) s.s.:
COUNTY OF NASSAU )

**MERLISA ANDREWS**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

That on May 29, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

LOVETT & GOULD, LLP
222 Bloomingdale Road
White Plains, New York 10605

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
**MERLISA ANDREWS**

Sworn to before me this 29th day
Of MaY, 2007.

_____
NOTARY PUBLIC

BRIAN S. SOKOLOFF
Notary Public, State of New York
No. 02SO4914710
Qualified in Queens County
Commission Expires November 23, 2009