UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE GUARDIAN NEWS, INC.,

                Plaintiff,

-against-

TOWN OF NEW CASTLE, New York, and RICHARD POLCARI, individually,

                Defendants.
------------------------------------------------------------x

Docket No.
07 Civ. 3812 (CLB)

**STIPULATION/** AND ORDER
**OF**
**DISCONTINUANCE**
**WITHOUT PREJUDICE**
**AS TO DEFENDANT**
**POLCARI ONLY**

IT IS HEREBY STIPULATED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued without prejudice as against defendant **RICHARD POLCARI only**, without costs to any party as against another.

IT IS FURTHER AGREED that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
            June 29, 2007

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____
    Jonathan Lovett (JL- 4854)

SO-ORDERED: July 16, 2007
_____
U.S.D.J.

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-382

By: _____
    Adam I. Kleinberg (AIK-0468)