UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

THE GUARDIAN NEWS, INC.,

                    Plaintiff,

        -against-

THE TOWN OF NEW CASTLE, NEW YORK,

                    Defendant.
————————————————————————x

**STIPULATION OF
DISCONTINUANCE
WITHOUT PREJUDICE**

Docket No.
07 Civ. 3812 (CLB)

**IT IS HEREBY STIPULATED,** by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued without prejudice as against all defendants, without costs to any party as against another.

**IT IS FURTHER AGREED** that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

DATED:    Mineola, New York
          May 30, 2008

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____ (APSU)
        JONATHAN LOVETT ( )

SO ORDERED: _____

U.S.D.J.

6-12-08

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendant
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-382

By: _____
        BRIAN S. SOKOLOFF (bss-7147)